**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lakeway Publishers of Missouri, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Louisiana Press Journal**<br>**DBA  Lincoln County Journal**<br>**DBA  Bowling Green Times**<br>**DBA  Elsberry Democrat**<br>**DBA  Herman Advertiser Courier**<br>**DBA  Centralia Fireside Guard**<br>**DBA  The Vandalia Leader**<br>**DBA  The Lake Gazette**<br>**DBA  Newstime**<br>**DBA  Smart Shopper**<br>**DBA  Press Journal Printing**<br>**DBA  Current News Journal (shuttered)** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **14-1837526** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1609 W. 1st N Street**<br>**Morristown, TN 37815**<br>Number, Street, City, State & ZIP Code | **P.O. Box 625**<br>**Morristown, TN 37815**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hamblen**<br>County | **Location of principal assets, if different from principal place of business**<br>**Assets are also held at each of the publishing locations in MO. (see schedule A/B and/or Form 206)**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **Multiple (see schedule A/B and/or Form 206)** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor  **Lakeway Publishers of Missouri, Inc.**                                       Case number (*if known*) _____
      Name

**7.  Describe debtor's business**

    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

    B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Lakeway Publishers, Inc.** _____ | Relationship | **Parent Company** _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **Lakeway Publishers of Missouri, Inc.**                                    Case number (*if known*) _____
          Name

---

**11.  Why is the case filed in    *Check all that apply:***
       *this district?*

☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or    ☐ No
       have possession of any
       real property or personal    ☑ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       property that needs
       immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    **Roof has blown in, causing hazard to people working in the building.**

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    **106 West Main Street
                               Bowling Green, MO, 63334-0000**

                               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☑ Yes.    Insurance agency    **Strate Insurance Group**

          Contact name    **1750 West Andrew Johnson Highway Morristown, TN**

          Phone    **423-587-2204**

---

## ▉  Statistical and administrative information

**13.  Debtor's estimation of    .    *Check one:***
       available funds

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of    ☐ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
       creditors              ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                              ☑ 100-199           ☐ 10,001-25,000         ☐ More than100,000
                              ☐ 200-999**

---

**15.  Estimated Assets    ☐ $0 - $50,000              ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                           ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                           ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                           ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion**

---

**16.  Estimated liabilities    ☐ $0 - $50,000              ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion**

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**May 31, 2019**__
                      MM / DD / YYYY

**X** __/s/ R. Jack Fishman__                          __R. Jack Fishman__
Signature of authorized representative of debtor          Printed name

Title     __**President**__

---

**18. Signature of attorney**

**X** __/s/ Ryan E. Jarrard__                          Date __**May 31, 2019**__
Signature of attorney for debtor                          MM / DD / YYYY

**Ryan E. Jarrard 024525**
Printed name

**Quist, Fitzpatrick & Jarrard, PLLC**
Firm name

**2121 First Tennessee Plaza**
**800 South Gay Street**
**Knoxville, TN 37929-9711**
Number, Street, City, State & ZIP Code

Contact phone   **(865) 524-1873**     Email address   **rej@qcflaw.com**

**024525 TN**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Lakeway Publishers of Missouri, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| | **Declaration and signature** |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Executed on | **May 31, 2019** | *X* **/s/ R. Jack Fishman** | |
| | | Signature of individual signing on behalf of debtor | |
| | | **R. Jack Fishman** | |
| | | Printed name | |
| | | **President** | |
| | | Position or relationship to debtor | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lakeway Publishers of Missouri, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..........................................................    $    **3,252,904.02**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................    $    **3,795,068.23**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................    $    **7,047,972.25**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **7,487,904.53**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **227,476.74**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **1,490,812.25**

4.    Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b                                                                                                $    **9,206,193.52**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Lakeway Publishers of Missouri, Inc.** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) |

☐ Check if this is an
  amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | $400.00 |
| 2.     **Cash on hand** | $400.00 |
| 2.     **Cash on hand** | $200.00 |
| 2.     **Cash on hand** | $250.00 |
| 2.     **Cash on hand** | $250.00 |
| 2.     **Cash on hand** | $50.00 |
| 2.     **Cash on hand** | $100.00 |
| 2.     **Cash on hand** | $150.00 |
| 2.     **Cash on hand** | $500.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **(LPJ) The Mercantile Bank** | **Checking** | 8818 | $3,727.17 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  **Lakeway Publishers of Missouri, Inc.**                    Case number *(If known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 3.2. | **(LCJ) People's Bank & Trust** | Checking | 0087 | $7,701.76 |
| 3.3. | **(BGT) Community State Bank of Missouri** | Checking | 2909 | $3,848.32 |
| 3.4. | **(EBD) Providence Bank** | Checking | 4435 | $1,251.40 |
| 3.5. | **(HAC) People's Savings Bank** | Checking | 2172 | $5,311.41 |
| 3.6. | **(CFG) Central Bank of Boone County** | Checking | 7350 | $3,259.28 |
| 3.7. | **(VAN) Central Bank of Boone County** | Checking | 6263 | $13,635.96 |
| 3.8. | **(TLG) Alliant Bank** | Checking | 5524 | $11,420.89 |
| 3.9. | **(NT) First Bank** | Checking | 0630 | $3,585.01 |
| 3.10. | **(SS) First Bank** | Checking | 1723 | $1,295.00 |
| 3.11. | **(PJP) Mercantile Bank** | Checking | 8826 | $263.59 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                   | $57,599.79 |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Ameren (electric utilities: to be applied to final bill)** | $100.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| 7.2. | **Liberty Utilities** | $309.00 |
|---|---|---|

| 7.3. | **Ameren City of Louisiana (utilities)** | $125.00 |
|---|---|---|

| 7.4. | **City of Vandallia (sewer/water)** | $100.00 |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                                            $634.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:       **554,043.89**     -        **0.00**  = ....      $554,043.89
                                              face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:          **159,547.49**     -        **0.00**  =....       $159,547.49
                                              face amount                      doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                                            $713,591.38
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.   **Raw materials**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Lakeway Publishers of Missouri, Inc.**          Case number *(If known)*
          Name

| **Newsprint, ink and supplies** | **04.30.2019** | **$0.00** | **Recent cost** | **$910,356.00** |
|---|---|---|---|---|

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                                        | **$910,356.00** |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **(BGT) Itemized list available: Furniture & Fixtures** | **$0.00** | **N/A** | **$1,200.00** |
| **(CFG) Itemized list available: Furniture & Fixtures** | **$0.00** | **N/A** | **$100.00** |
| **(EBD) Itemized list available: Furniture & Fixtures** | **$0.00** | **N/A** | **$100.00** |
| **(HAC) Itemized list available: Furniture & Fixtures** | **$0.00** | **N/A** | **$100.00** |
| **(LPJ) Itemized list available: Furniture & Fixtures** | **$0.00** | **N/A** | **$100.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **(TLG) Itemized list available: Furniture & Fixtures** | | $0.00 | N/A | $100.00 |
| **(VAN) Itemized list available: Fixtures & Furniture** | | $0.00 | N/A | $100.00 |
| **(LCJ) Itemized list available: Furniture & Fixtures** | | $0.00 | N/A | $100.00 |
| **(PJP) Itemized list available: Furniture & Fixtures** | | $0.00 | N/A | $900.00 |

| 40. | **Office fixtures** | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **(BGT) Itemized list available: Machinery & Equipment** | $0.00 | N/A | $2,063.43 |
| | **(CFG) Itemized list available: Machinery & Equipment** | $0.00 | N/A | $211.52 |
| | **(EBD) Itemized list available: Machinery & Equipment** | $0.00 | N/A | $1,106.31 |
| | **(HAC) Itemized list available: Machinery & Equipment** | $0.00 | N/A | $57.18 |
| | **(LPJ) Itemized list available: Machinery & Equipment** | $0.00 | N/A | $195.04 |
| | **(NT) Itemized list available: Machinery & Equipment** | $0.00 | N/A | $50.00 |
| | **(TLG) Itemized list available: Machinery & Equipment** | $0.00 | N/A | $563.89 |
| | **(VAN) Itemized list available: Machinery & Equipment** | $0.00 | N/A | $50.00 |
| | **(LCJ) Itemized list available: Machinery & Equipment** | $0.00 | N/A | $3,030.77 |
| | **(PJP) Itemized list available: Machinery & Equipment** | $0.00 | N/A | $513,826.25 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card | | | |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | **$523,954.39** |
|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **(HAC) 2005 Ford Cargo Van**<br>***VIN & TAG#*** | $0.00 | N/A | $1,000.00 |
| 47.2. **(LPJ) 2010 Chevolet Equinox**<br>***VIN & TAG#*** | $0.00 | N/A | $1,000.00 |
| 47.3. **(LCJ) 2005 Pontiac Montana Van**<br>***VIN & TAG#*** | $0.00 | N/A | $1,000.00 |
| 47.4. **(PJP) 2002 Dodge 4dr. Intrepid**<br>***VIN & TAG#*** | $0.00 | N/A | $1,000.00 |
| 47.5. **(PJP) 2009 Ford Cargo Van**<br>***VIN & TAG#*** | $0.00 | | $1,000.00 |
| 47.6. **(PJP) 2012 Hino 268A Box Truck**<br>***VIN & TAG#*** | $0.00 | N/A | $7,332.90 |
| 47.7. **(PJP) 2007 GMC C-series Box Truck**<br>***VIN & TAG#*** | $0.00 | | $1,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$13,332.90

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:      Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **3650 W Industrial Blvd.**<br>**Louisiana, MO 63353** | **Press Journal Printing** | $0.00 | N/A | $2,486,748.42 |
| 55.2. | **20 Business Park Dr.**<br>**Troy, MO 63379** | **Lincoln County Journal** | $0.00 | N/A | $445,393.75 |
| 55.3. | **108 W State St.**<br>**Vandalia, MO 63353** | **Vandalia Leader** | $0.00 | N/A | $18,008.22 |
| 55.4. | **304 S Main St.**<br>**Monroe City, MO 63456** | **The Lake Gazette** | $0.00 | N/A | $75,963.78 |
| 55.5. | **136 E 4th St.**<br>**Hermann, MO 65041** | **Hermann Advertiser-Courier** | $0.00 | N/A | $55,483.11 |
| 55.6. | **123 Allen St.**<br>**Centralia, MO 65240** | **Centralia Fireside Guard** | $0.00 | N/A | $30,349.16 |
| 55.7. | **106 W Main St.**<br>**Bowling Green, MO 63334** | **Bowling Green Times** | $0.00 | N/A | $25,727.64 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Lakeway Publishers of Missouri, Inc.**                          Case number *(If known)* _____
        Name

| | | | | |
|---|---|---|---|---|
| 55.8. | | | | |
| | (LCJ) Land | $0.00 | N/A | $68,000.00 |
| 55.9. | | | | |
| | (BGT) Land | $0.00 | N/A | $5,000.00 |
| 55.10. | | | | |
| | (PJP) Land | $0.00 | N/A | $30,029.94 |
| 55.11. | | | | |
| | (HAC) Land | $0.00 | N/A | $6,200.00 |
| 55.12. | | | | |
| | (CFG) Land | $0.00 | N/A | $3,000.00 |
| 55.13. | | | | |
| | (VAN) Land | $0.00 | N/A | $3,000.00 |

56.   **Total of Part 9.**                                                                    $3,252,904.02

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☐ No
      ■ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

60.   **Patents, copyrights, trademarks, and trade secrets**

61.   **Internet domain names and websites**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Lakeway Publishers of Missouri, Inc.**                    Case number *(If known)* _____
                    Name

| | | |
|---|---|---|
| **Advertiser-Courier HERMANNADVERTISERCOURIER.COM; Bowling Green Times BOWLINGGREENTIMES.NET; Bowling Green Times  BOWLINGGREENTIMES.COM; Centralia Fireside Guard FIRESIDEGUARD.COM; Elsberry Democrat ELSBERRYDEMOCRAT.COM; Hermann-Advertiser RIVERVALLEYMARKETPLACE.COM; Hermann-Advertiser  HERMANNAC.COM; Lake Gazette  LAKEGAZETTE.NET; Lake Gazette MONROECITY.NET; Lake Gazette MARKTWAINMARKETPLACE.COM; Lakeway Pub Missouri BIGDEALMISSOURI.COM; Lakeway Pub Missouri BIGDEALMO.COM;Lincoln County Journal LINCOLNCOUNTYJOURNAL.COM; Lincoln County Journal TROYFREEPRESS.COM; Lincoln County Journal LINCOLNCOUNTYMARKETPLACE.COM; Lincoln County Journal LINCOLNCOUNTYMARKETPLACE.NET; Lincoln County Journal LINCOLNNEWSNOW.COM; Louisiana Press Journal LOUISIANAPRESSJOURNAL.COM; Louisiana Press Journal PIKECOUNTYNEWS.COM; New Haven Leader NEWHAVENLEADER.COM; Newstime NEWSTIME-MO.COM; Newstime STCHARLESCOMARKETPLACE.COM; Newstime SMARTSHOPPERSTC.COM; Press Journal Printing PRESSJOURNALPRINTING.COM; Tri-Lake Ledger TRILAKELEDGER.COM; Tri-Lake Ledger TRI-LAKELEDGER.COM; Vandalia Leader VANDALIALEADER.COM; Vandalia Leader VANDALIALEADER.NET** | **Unknown** | **Unknown** |
| 62.  **Licenses, franchises, and royalties** **Custom Developed Software: Universal Subscription System; Point of Sales/CC Processing/Reporting; Management Report/Citrix Charts (perpetual license)** | **Unknown** | **Unknown** |
| 63.  **Customer lists, mailing lists, or other compilations** **Our Email Marketing List contains 34,190 unique email addresses on the Missouri mailing list; 300 unique email addresses on Current News list** | **$0.00** | **Unknown** |
| **Our Missouri Group Advertiser List, Missouri Group Circulation List  and our PJP Customer List each contain unique names, addresses, telephone numbers and email addresses for our customers.** | **$0.00** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor    **Lakeway Publishers of Missouri, Inc.**                                    Case number *(If known)* _____
          <sub>Name</sub>

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)
       **(BGT) 2006 Chevrolet Equinox**     **2,500.00** - **0.00** =
       ***VIN & TAG #***                     Total face amount    doubtful or uncollectible amount
       **SOLD 05.24.19 for $2,500 to**
       **employee Anita Manuel**
       **Payroll deduction of $32.06 over 78**
       **pay periods eff. June 9, 2019**                                                  **$2,500.00**

       **Great Bargains**                   **19,573.75** - **19,573.75** =
                                             Total face amount    doubtful or uncollectible amount          **$0.00**

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       **Federal Income tax Return**                      Tax year  **2018**              **$1,409,810.00**

73.    **Interests in insurance policies or annuities**
       **Jeff Guay:**
       **Protective Life #B00426637**
       **Face amount: $250,000**                                                        **$44,840.59**

       **Jeff Guay:**
       **Protective Life #B00426247**
       **Face amount: $500,000**                                                        **$96,244.40**

Debtor    **Lakeway Publishers of Missouri, Inc.**                     Case number *(If known)* _____
        Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Peoples Tribune**
**Competitor who used their facility and did not pay.**
**Garnishment.**
**Judgment entered 01.28.2019: $25,994.15**                                         $22,204.78

| Nature of claim | AR debt |
|---|---|
| Amount requested | $28,794.15 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Miscellaneous printing supplies including but not limited to: ink/ink cartridges, plates, glue, solutions, stacks, blankets, print heads, forms and paper stock.**                    Unknown

**Shipping supplies including but not limited to: twine, strapping, tape, boxes, cutting tools, pens and wire spools.**                                                         Unknown

78. **Total of Part 11.**                                                           $1,575,599.77

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor  **Lakeway Publishers of Missouri, Inc.**                          Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $57,599.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $634.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $713,591.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $910,356.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $523,954.39 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,332.90 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................> | | $3,252,904.02 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,575,599.77 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,795,068.23 | + 91b. $3,252,904.02 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,047,972.25 |

**Fill in this information to identify the case:**

Debtor name   **Lakeway Publishers of Missouri, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Alliant Bank** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**304 S Main St.**<br>**Monroe City, MO 63456** | **$54,804.65** | **$75,963.78** |

**P.O. Box 308**
**Monroe City, MO 63456**
Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**The Lake Gazette**
**Last 4 digits of account number**
**19RT**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | **Linda Geist** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Loan of Lake Gazette Business** | $4,224.99 | $0.00 |

**510 2nd St.**
**Monroe City, MO 63456**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Promissory Note**
**Last 4 digits of account number**
**Lakeway Publishers of MO, Inc.**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor    **Lakeway Publishers of Missouri, Inc.**                                              Case number (if know) _____
_____
Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its    ☐ Disputed
relative priority.

---

| 2.3 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | Unknown | $25,727.64 |

Creditor's Name

**1111 Northshore Dr., Ste. S-800**
**Knoxville, TN 37919**

Creditor's mailing address

**106 W Main St.**
**Bowling Green, MO 63334**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**Bowling Green Times**

Last 4 digits of account number
**5723**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | Unknown | $445,393.75 |

Creditor's Name

**1111 Northshore Dr., Ste. S-800**
**Knoxville, TN 37929**

Creditor's mailing address

**20 Business Park Dr.**
**Troy, MO 63379**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**Lincoln County Journal**

Last 4 digits of account number
**5723**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | Unknown | $55,483.11 |

Creditor's Name

**1111 Northshore Dr., Ste. S-800**
**Knoxville, TN 37919**

Creditor's mailing address

**136 E 4th St.**
**Hermann, MO 65041**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

| Debtor | **Lakeway Publishers of Missouri, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**Date debt was incurred**

**Hermann Advertiser-Courier**

**Last 4 digits of account number**
**5723**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **$30,349.16** |
|---|---|---|---|---|

Creditor's Name

**1111 Northshore Dr., Ste. S-800
Knoxville, TN 37919**

Creditor's mailing address

**123 Allen St.
Centralia, MO 65240**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Centralia Fireside Guard**

**Last 4 digits of account number**
**5723**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **$18,008.22** |
|---|---|---|---|---|

Creditor's Name

**1111 Northshore Dr., Ste. S-800
Knoxville, TN 37919**

Creditor's mailing address

**108 W State St.
Vandalia, MO 63353**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Valdalia Leader**

**Last 4 digits of account number**
**5723**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | **$1,785,000.00** | **$2,486,748.42** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **Lakeway Publishers of Missouri, Inc.**
_____
Name

Case number (if know) _____

---

Creditor's Name

**1111 Northshore Dr., Ste. S-800**
**Knoxville, TN 37919**
Creditor's mailing address

**3650 W Industrial Blvd.**
**Louisiana, MO 63353**

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11.16.2016**

**Last 4 digits of account number**
**2PJP**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Pinnacle Bank** | | **Describe debtor's property that is subject to a lien** | **$750,000.00** | **Unknown** |
|-----|-------------------|---|---|---|---|

Creditor's Name

**1111 Northshore Dr., Ste. S-800**
**Knoxville, TN 37919**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**AR, Inventory, CV Life Ins.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5722**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **Pinnacle Bank** | | **Describe debtor's property that is subject to a lien** | **$3,939,310.21** | **Unknown** |
|------|-------------------|---|---|---|---|

Creditor's Name

**1111 Northshore Dr., Ste. S-800**
**Knoxville, TN 37919**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real Estate in TN, VA & MO**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5723**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 5

| Debtor | Lakeway Publishers of Missouri, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $954,564.68 | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1111 Northshore Dr., Ste. S-800**
**Knoxville, TN 37919**

Creditor's mailing address

**Equip & Blgd. PJP - commercial construction**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,487,904.53 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Lakeway Publishers of Missouri, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 37941**<br>**Hartford, CT 06176-7941** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,298.11 | $17,298.11 |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**01.24.2019** | Basis for the claim:<br>**Federal Payroll Taxes** |  |  |
|  | Last 4 digits of account number **7526**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 37941**<br>**Hartford, CT 06176-7941** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,344.04 | $15,344.04 |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**02.07.2019** | Basis for the claim:<br>**Federal Payroll Taxes** |  |  |
|  | Last 4 digits of account number **7526**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    34250                    Best Case Bankruptcy

Debtor **Lakeway Publishers of Missouri, Inc.**                      Case number *(if known)*
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,455.84 | $15,455.84 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 37941
Hartford, CT 06176-7941

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02.21.2019**

Basis for the claim:
**Federal Payroll Taxes**

Last 4 digits of account number **7526**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,891.20 | $15,891.20 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 37941
Hartford, CT 06176-7941

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03.07.2019**

Basis for the claim:
**Federal Payroll Taxes**

Last 4 digits of account number **7526**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,612.21 | $15,612.21 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 37941
Hartford, CT 06176-7941

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03.21.2019**

Basis for the claim:
**Federal Payroll Taxes**

Last 4 digits of account number **7526**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,555.39 | $17,555.39 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 37941
Hartford, CT 06176-7941

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**04.07.2019**

Basis for the claim:
**Federal Payroll Taxes**

Last 4 digits of account number **7526**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Lakeway Publishers of Missouri, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $17,555.39 | $17,555.39 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>P.O. Box 37941<br>Hartford, CT 06176-7941 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**04.21.2019** | Basis for the claim:<br>**Federal Payroll Taxes** | | |
| | Last 4 digits of account number **7526**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $17,817.72 | $17,817.72 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>P.O. Box 37941<br>Hartford, CT 06176-7941 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05.04.2019** | Basis for the claim:<br>**Federal Payroll Taxes** | | |
| | Last 4 digits of account number **7526**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $16,718.76 | $16,718.76 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>P.O. Box 37941<br>Hartford, CT 06176-7941 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05.16.2019** | Basis for the claim:<br>**Federal Payroll Taxes** | | |
| | Last 4 digits of account number **7526**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,288.39 | $4,288.39 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>P.O. Box 37941<br>Hartford, CT 06176-7941 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**3rd & 4th Quarter 2018** | Basis for the claim:<br>**FUI Deposits** | | |
| | Last 4 digits of account number **7526**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 3 of 30**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **Lakeway Publishers of Missouri, Inc.**

Name

Case number *(if known)*

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,176.05 | $2,176.05 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 37941**
**Hartford, CT 06176-7941**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1st Quarter 2019**

Basis for the claim:
**FUI Deposit**

Last 4 digits of account number **7526**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,182.67 | $17,182.67 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 37941**
**Hartford, CT 06176-7941**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal Payroll Taxes**

Last 4 digits of account number **7526**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,657.57 | $10,657.57 |
|---|---|---|---|---|

**Lincoln County Tax Collector**
**Jessica Zumwalt**
**201 Main St.**
**Troy, MO 63379**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property taxes**

Last 4 digits of account number **1005**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,637.00 | $1,637.00 |
|---|---|---|---|---|

**Missouri Department of Revenue**
**P.O. Box 3375**
**Jefferson City, MO 65105-3375**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**04.07.2019**

Basis for the claim:
**MO State Payroll Taxes**

Last 4 digits of account number **6801**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* |
|--------|--------|--------|
| | Name | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,637.00 | $1,637.00 |
|---|---|---|---|---|
| | **Missouri Department of Revenue** | *Check all that apply.* | | |
| | **P.O. Box 3375** | ☐ Contingent | | |
| | **Jefferson City, MO 65105-3375** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred **04.21.2019** | Basis for the claim: **MO State Payroll Taxes** | | |
| | Last 4 digits of account number **6801** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,720.00 | $1,720.00 |
|---|---|---|---|---|
| | **Missouri Department of Revenue** | *Check all that apply.* | | |
| | **P.O. Box 3375** | ☐ Contingent | | |
| | **Jefferson City, MO 65105-3375** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred **05.04.2019** | Basis for the claim: **MO State Payroll Taxes** | | |
| | Last 4 digits of account number **6801** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,530.00 | $1,530.00 |
|---|---|---|---|---|
| | **Missouri Department of Revenue** | *Check all that apply.* | | |
| | **P.O. Box 3375** | ☐ Contingent | | |
| | **Jefferson City, MO 65105-3375** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred **05.16.2019** | Basis for the claim: **MO State Payroll Taxes** | | |
| | Last 4 digits of account number **6801** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,892.53 | $3,892.53 |
|---|---|---|---|---|
| | **Missouri Department of Revenue** | *Check all that apply.* | | |
| | **P.O. Box 3375** | ☐ Contingent | | |
| | **Jefferson City, MO 65105-3375** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred **1st Quarter 2019** | Basis for the claim: **SUI Deposit** | | |
| | Last 4 digits of account number **6801** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

---

| Debtor | Lakeway Publishers of Missouri, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,613.00 | $1,613.00 |
|---|---|---|---|---|
| | **Missouri Department of Revenue Taxation Bureau PO Box 840 Jefferson City, MO 65105** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**05.30.19** | Basis for the claim:<br>**MO State Payroll Taxes** | | |
| | Last 4 digits of account number **6801** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,893.87 | $31,893.87 |
|---|---|---|---|---|
| | **Pike County Collector 115 W Main St., #21A Bowling Green, MO 63334** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property taxes** | | |
| | Last 4 digits of account number **LEST** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $686.99 |
|---|---|---|---|
| | **A&S Printing Service, Inc. P.O. Box 124 Monroe City, MO 63456** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Abel Oil Co. P.O. Box 532 Louisiana, MO 63353** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business expense** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|
| | **Advertising Specialty Institute P.O. Box 15017 Wilmington, DE 19886-5017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **9119** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Lakeway Publishers of Missouri, Inc. | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | *Name* | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**All American Publishing**
P.O. Box 100
Caldwell, ID 83606

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Amateur Sports Promotion, USA**
P.O. Box 712
Quincy, IL 62306

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Ameren Missouri**
P.O. Box 88068
Chicago, IL 60680

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**American Bankers Insurance Company of FL**
Flood Service Center
P.O. Box 731178
Dallas, TX 75373-1178

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
| --- | --- | --- | --- |

**AMG Parade**
P.O. Box 306106
Nashville, TN 37230-6106

Date(s) debt was incurred _

Last 4 digits of account number  **0070,0075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
| --- | --- | --- | --- |

**Amy Twellman**
3966 Hwy C
Moscow Mills, MO 63362

Date(s) debt was incurred  **05.07.2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**
**Classified Ad Overpayment LCJ**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Area Disposal**
32289 Collection Center Dr.
Chicago, IL 60693-0322

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | | | Case number (if known) | |
|---|---|---|---|---|
| | **Lakeway Publishers of Missouri, Inc.** | | | |
| | Name | | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AT&T**
**P.O. Box 5001**
**Carol Stream, IL 60197-5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AT&T**
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AT&T**
**P.O. Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AT&T Long Distance**
**P.O. Box 105068**
**Atlanta, GA 30348-5068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AT&T Mobility**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BALCO**
**P.O. Box 171**
**Elsberry, MO 63343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bankcard Center Fuel**
**P.O. Box 385**
**Memphis, TN 38101-0385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bankcard Center Fuel #1**
P.O. Box 1545
Memphis, TN 38101-1545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Barry's Cartoons**
Box 971 Hwy 2 West
Whitehall, MT 59759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BCC Software, LLC**
P.O. Box 1174
Buffalo, NY 14240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Birch Communications**
P.O. Box 105066
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Burnett, Dobson & Pinchak**
711 Cherry St., Ste. 200
Chattanooga, TN 37402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,635.30** |
|---|---|---|---|

**C&C Printing Controls, Inc.**
P.O. Box 411
Sandwich, IL 60548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Canon Financial Services**
14904 Collections Center Dr.
Chicago, IL 60693-0149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* |
|---|---|---|

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carquest of Louisiana**
**600 Kelly Lane**
**Louisiana, MO 63353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,990.06**

**CDW Direct, LLC**
**P.O. Box 75723**
**Chicago, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0222**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Centralia Chamber of Commerce**
**P.O. Box 235**
**Centralia, MO 65240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Centralia Postmaster**
**NEED ADDRESS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Century Printing & Packaging**
**P.O. Box 2358**
**Greer, SC 29652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charter Communications**
**P.O. Box 790086**
**Saint Louis, MO 63179-0086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$613.52**

**Chick Printing Service**
**115 Business Hwy 61 N**
**Bowling Green, MO 63334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CHS Football**
**Centralia RVI Board Office**
**1399 E Hwy 22, Ste. B**
**Centralia, MO 65240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business expense__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**CHS Publications**
**849 S. Jefferson Dr.**
**Centralia, MO 65240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of Monroe City**
**P.O. Box 67**
**Monroe City, MO 63456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business expense__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of Vandalia**
**200 East Park**
**Vandalia, MO 63382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business expense__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,002.55**

**Clean The Uniform Co.**
**210 S. Cool Springs Rd.**
**O Fallon, MO 63366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number  __1304__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108.06**

**Columbia Daily Tribune**
**Circulation Department**
**101 N. 4th St.**
**Columbia, MO 65201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Continental Products**
**2000 West Blvd.**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business expense__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.39**

**Nonpriority creditor's name and mailing address**
**Corporate Filings, LLC**
**30 N Gould St., Ste. 7001**
**Sheridan, WY 82801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Creators Syndicate**
**737 3rd St.**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Crown Packing Corp.**
**P.O. Box 17806M**
**Saint Louis, MO 63195**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Cuivre River Electric Co.**
**P.O. Box 949457**
**Saint Louis, MO 63195**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Dayne's Waste Disposal**
**P.O. Box 248**
**Mexico, MO 65265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**$106.08**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Dennis Fletcher**
**17 Ruth Drive**
**Monroe City, MO 63456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Department of Ecology**
**P.O. Box 34050**
**Seattle, WA 98124-1050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Lakeway Publishers of Missouri, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Department of Public Safety**
**Division of Fire Safety**
P.O. Box 1421
Jefferson City, MO 65102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dish Network**
P.O. Box 94063
Palatine, IL 60094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315.52 |
|---|---|---|---|

**Econopack, Inc.**
580 Axminister Dr.
Fenton, MO 63026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.20 |
|---|---|---|---|

**Elsberry Hardware**
214 Broadway
Elsberry, MO 63343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8140**

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ennis, Inc.**
P.O. Box 841741
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Express Card & Label Co.**
P.O. B ox 4247
Topeka, KS 66604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Faber & Brand**
**NEED ADDRESS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.11** |
| --- | --- | --- | --- |

**Fastenal Company**
P.O. Box 1286
Winona, MN 55987-1286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1196**

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**FedEx Freight Department CH**
P.O. Box 10306
Palatine, IL 60055-0306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,437.63** |
| --- | --- | --- | --- |

**Forklift of Quincy, Inc.**
2426 West Schneidman Dr.
Quincy, IL 62305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3390**

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Franklin County Circuit Court Clerk**
401 East Main St.
Union, MO 63084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$441.00** |
| --- | --- | --- | --- |

**Friends2Follow**
P.O. Box 526393
Salt Lake City, UT 84152-6393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**G&V Campbell, Inc.**
102 Scott Oak Rd., Ste. A
Eatonton, GA 31024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$503.45** |
| --- | --- | --- | --- |

**Gammerler**
431 Lakeview Ct., Ste. B
Mount Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2187**

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gasconade County Circuit Court**
**119 E 1st Street, Room 6**
**Hermann, MO 65041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gateway Truck & Refrigeration**
**P.O. Box 843715**
**Kansas City, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Getz Fire Equipment**
**P.O. Box 419**
**Peoria, IL 61651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$214.83**

**Grainger Industrial Supply**
**Dept. 857030662**
**11200 E. State Route 210**
**Kansas City, MO 64161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0662**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.42**

**Grannemann Sales & Service**
**P.O. Box 377**
**Hermann, MO 65041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3738**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Grant Paper Company**
**161 Washington St. #1150**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93.00**

**Havener's Termite & Insect**
**819 W Jackson Ave.**
**Owensville, MO 65066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Hermann Advertiser Courier**
136 E 4th St.
Hermann, MO 65041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52.96**

**Hermann Lumber**
P.O. Box 500
Hermann, MO 65041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **108**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hermann Postmaster**
412 W. 16th Street
Hermann, MO 65041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hermann Utilities**
1902 Jefferson
Hermann, MO 65041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,608.70**

**Higgins Electric, Inc.**
P.O. Box 218
Montgomery City, MO 63361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162.90**

**Hoag & Sons' Book Bindery**
145 S. Main St.
Eaton Rapids, MI 48827

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **4041**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157.67**

**Hoag & Sons' Book Bindery**
145 S. Main St.
Eaton Rapids, MI 48827

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **5346**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lakeway Publishers of Missouri, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Indiana State Central Collection Unit**
**P.O. Box 6219**
**Indianapolis, IN 46206**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**Jefferson County Family Support**
**Payment Center**
**P.O. Box 109001**
**Jefferson City, MO 65102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.76**

**Nonpriority creditor's name and mailing address**

**Jorson & Carlson, Inc.**
**1501 Pratt Blvd.**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred __

Last 4 digits of account number __2937__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$724.00**

---

**3.77**

**Nonpriority creditor's name and mailing address**

**JS Testing, LLC**
**407 North Lloyd Blvd.**
**Ewing, MO 63440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.78**

**Nonpriority creditor's name and mailing address**

**Kansa Technology**
**3700 Oakes Dr.**
**Emporia, KS 66801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.79**

**Nonpriority creditor's name and mailing address**

**Kinkead Pharmacy**
**105 S Allen**
**Centralia, MO 65240**

Date(s) debt was incurred __

Last 4 digits of account number __0860__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$16.19**

---

**3.80**

**Nonpriority creditor's name and mailing address**

**Konica Minolta Business Solutions**
**Dept. CH19188**
**Palatine, IL 60055-9188**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,379.06**

**Konica Minolta Premier Finance**
P.O. Box 105710
Atlanta, GA 30348-5710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number  **4750**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,296.84**

**Konica Minolta Premier Finance**
P.O. Box 41602
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number  **3140**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lacrosse Lumber**
123 Main Street
Louisiana, MO 63353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Liberty Utilities**
75 Remittance Dr., Ste. 1741
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Magnets 4 Media**
P.O. Box 203669
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mapping Solutions**
P.O. Box 332
Lathrop, MO 64465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Maryland State Department of
Assessments & Taxation**
301 W Preston St., Room 801
Baltimore, MD 21201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,333.93**

**McMaster Car Supply Co.**
**P.O. Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1001**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Media Development**
**301 Oak, Ste. 400**
**Quincy, IL 62306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Meridian Waste Solutions**
**P.O. Box 580205**
**Charlotte, NC 28258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Midland Paper Company**
**1140 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Midwest Bindery Repair**
**501 S. Whitener St.**
**Marquand, MO 63655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Millsap & Singer, LLC**
**612 Spirit Dr.**
**St. Louis, MO 63005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,356.98**

**Missouri Press Association**
**802 Locust St.**
**Columbia, MO 65201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,706.93** |
|---|---|---|---|

**Missouri Press Foundation**
**802 Locust St.**
**Columbia, MO 65201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monroe City Postmaster**
**416 N Main St.**
**Monroe City, MO 63456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,356.01** |
|---|---|---|---|

**Mueller Martini**
**P.O. Box 787196**
**Philadelphia, PA 19178-7196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0800**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Musterman Fab, Inc.**
**6231 Creech Lane**
**Troy, MO 63379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**National Newspaper Association**
**900 Community Drive**
**Springfield, IL 62703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Navitor, Inc.**
**P.O. Box 856740**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Neutron Industries**
**P.O. Box 844284**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Newscom Technology II**
**NEED ADDRESS**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**P&P Press**
**6513 N. Galena Rd.**
**Peoria, IL 61614**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,211,324.69**

**PAGE Cooperative**
**P.O. Box 842228**
**Boston, MA 02284-2228**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$823.83**

**PandoLogic, Inc.**
**Dept. CH 19764**
**Palatine, IL 60055-9764**

Date(s) debt was incurred  _
Last 4 digits of account number  **1335,2427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Panther Boosters**
**707 E Gano Chance Dr.**
**Centralia, MO 65240**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Papex, Inc.**
**230 Watline Ave.**
**Mississauga Ontario L4Z 1P4**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206.56**

**Pennywise**
**P.O. Box 487**
**Bowie, MD 20718-0487**

Date(s) debt was incurred  _
Last 4 digits of account number  **3128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Perkins Business, LLC**
**89 Business Hwy 61 North**
**Bowling Green, MO 63334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,713.00**

**Perq, LLC**
**7225 Georgetown Rd.**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Pike County Circuit Court Clerk**
**115 West Main St.**
**Bowling Green, MO 63334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Popmount, Inc.**
**1817 W Broad St.**
**Richmond, VA 23220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Profit Packaging Newspaper Equipment**
**P.O. Box 825**
**Monroe City, MO 63456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Progressive Landscaping**
**2702 Hwy C**
**Centralia, MO 65240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Protank Southwest, LLC**
**5907 Aldine Bender Rd.**
**Humble, TX 77396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,670.00**

**Protective Life Insurance**
P.O. Box 2224
Birmingham, AL 35246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  6637,6247

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Public Water Supply of St. Charles Count**
P.O. Box 967
O Fallon, MO 63366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Public Works Department**
202 S. 3rd Street
Louisiana, MO 63353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.13**

**Purvis Industries, Ltd.**
P.O. Box 540757
Dallas, TX 75354-0757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  5259

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$484.83**

**Quill Corporation**
P.O. Box 37600
Philadelphia, PA 19101-0600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  5627,4291

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Realmatch**
Dept. CH 19764
Palatine, IL 60055-9764

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1330

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Realmatch**
Dept. CH 19764
Palatine, IL 60055-9764

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1383

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

---

**3.123**

**Nonpriority creditor's name and mailing address**
**Ren Potterfield Trucking**
**404 US Hwy 24 & 36**
**Monroe City, MO 63456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124**

**Nonpriority creditor's name and mailing address**
**Richman Graphic Services**
**218 W Railroad**
**Centralia, MO 65240-1324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$221.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125**

**Nonpriority creditor's name and mailing address**
**Richo USA, Inc.**
**P.O. Box 660342**
**Dallas, TX 75266-0342**

Date(s) debt was incurred _

Last 4 digits of account number  **0311**

As of the petition filing date, the claim is: *Check all that apply.*                    **$747.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126**

**Nonpriority creditor's name and mailing address**
**Ritchie & Sons, Inc.**
**105 W Singleton St.**
**Centralia, MO 65240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$16.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127**

**Nonpriority creditor's name and mailing address**
**River City Towing & Repair**
**903 Maryland St.**
**Louisiana, MO 63353**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$924.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128**

**Nonpriority creditor's name and mailing address**
**Ron's Window Service**
**P.O. Box 626**
**Moberly, MO 65270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$14.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129**

**Nonpriority creditor's name and mailing address**
**RR Donnelley Logistics Services**
**P.O. Box 932721**
**Cleveland, OH 44193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$38,191.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.88 |
|---|---|---|---|

**Save A Lot**
**225 East First Street**
**Hermann, MO 65041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5418**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Schaefer Locks. LLC**
**c/o Charles Schaefer**
**707 Kerri Lynn Ln.**
**Montgomery City, MO 63361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $445.19 |
|---|---|---|---|

**Schaeffer Manufacturing Co.**
**4729, 102 Barton St.**
**Saint Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7365**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.61 |
|---|---|---|---|

**Scheidegger Service Center**
**514 Market St.**
**Hermann, MO 65041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Schutz Transportation**
**3110 Cambridge Pointe Dr.**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Shell Fleet**
**P.O. Box 9001015**
**Louisville, KY 40290-1015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Snap Set Web Drying System, LLC**
**1997 S. Lipan St.**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Lakeway Publishers of Missouri, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Speedpro Imaging, LLC**
**145 Hamilton Industrial Court**
**Wentzville, MO 63385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**State Disbursement Unit**
**P.O. Box 5400**
**Carol Stream, IL 60197-5400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**Stevens Heating & Cooling, LLC**
**471 Adams St.**
**Centralia, MO 65240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stoddard Disposal Service**
**P.O. Box 329**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Suburban Industrial Packaging**
**1519 Tower Grove**
**Saint Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,168.95 |
|---|---|---|---|

**Swift Printing**
**P.O. Box 28252**
**Saint Louis, MO 63132-0252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3094**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tennessee Department of Revenue**
**P.O. Box 14035**
**Knoxville, TN 37914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Lakeway Publishers of Missouri, Inc. | Case number (if known) |
|--------|--------------------------------------|------------------------|
|        | Name                                 |                        |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |
|---|---|---|---|

**Thomas Motors**
**204 N 5th St.**
**Louisiana, MO 63353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,559.29 |
|---|---|---|---|

**Townnenews.com**
**1510 4th Ave.**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5725,5728,5731**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.04 |
|---|---|---|---|

**Townnenews.com**
**1510 4th Ave.**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1896**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Traci Ambriso-Theissen**
**NEED ADDRESS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Troy Chamber of Commerce**
**850 E Cherry St., Ste. A**
**Troy, MO 63379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**United States Treasury**
**NEEED ADDRESS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lakeway Publishers of Missouri, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.151**

**Nonpriority creditor's name and mailing address**

**US Office & Industrial Supply**
**P.O. Box 7612**
**Van Nuys, CA 91409-7612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**$88.09**

---

**3.152**

**Nonpriority creditor's name and mailing address**

**Valassis Direct Mail, Inc.**
**90469 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.153**

**Nonpriority creditor's name and mailing address**

**Vandalia Postmaster**
**401 S Main St.**
**Vandalia, MO 63382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.154**

**Nonpriority creditor's name and mailing address**

**Veritiv Operating Company**
**f/k/a Unisource**
**1111 N 28th Ave.**
**Dallas, TX 75261**

Date(s) debt was incurred _

Last 4 digits of account number  **4999**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,993.23**

---

**3.155**

**Nonpriority creditor's name and mailing address**

**Verizon Business**
**P.O. Box 31307**
**Salt Lake City, UT 84130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.156**

**Nonpriority creditor's name and mailing address**

**Verizon Wireless**
**P.O. Box 25505**
**Lehigh Valley, PA 18002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.157**

**Nonpriority creditor's name and mailing address**

**Videojet Technologies**
**12113 Collection Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number  **8409**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,486.44**

---

Debtor   **Lakeway Publishers of Missouri, Inc.**

Name

Case number *(if known)* _____

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Web Specialties**
P.O. Box 2280
560 Washington St.
Twin Falls, ID 83303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,596.73** |

**WebPress**
P.O. Box 2274
Tacoma, WA 98401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **1637**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Wells Fargo Equipment Finance**
**Manufacturer Services Group**
P.O. Box 7777
San Francisco, CA 94120-7777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.26** |

**Wells Fargo Financial Services**
P.O. Box 650016
Dallas, TX 75265-0016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business expense**

Last 4 digits of account number  **4656**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Whittier Mailing**
13019 Park St.
Santa Fe Springs, CA 90670-4005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business expense**

Last 4 digits of account number  **RE15**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.67** |

**William Henry**
1 Auvergne Dr.
Lake Saint Louis, MO 63367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05.07.2019**

**Basis for the claim:**  **Business expense**
**Classified Ad Overpayment LCJ**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Wisco Envelope Co.**
P.O. Box 841741
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**XPO Logistics Freight, Inc.**
P.O. Box 5160
Portland, OR 97208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$264.57** |
|---|---|---|---|

**ZEP Sales & Service**
13237 Collection Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4779**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 227,476.74 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,490,812.25 |
| 5c. Total of Parts 1 and 2 | 5c. | $ 1,718,288.99 |
| Lines 5a + 5b = 5c. | | |

**Fill in this information to identify the case:**

Debtor name  **Lakeway Publishers of Missouri, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Elsberry Democrat real estate lease (36 months with 1 year auto-renewal, 60 day notice to cancel, eff. 06.01.2016)** | |
| | State the term remaining | **12 months if renewed; 0 if 60 day notice given** | **Balco Properties, LLC P.O. box 171 Gordon, AL 36343** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **2 commercial color copiers** | |
| | State the term remaining | **unknown** | **Konica Minolta Premier Finance P.O. Box 41602 Philadelphia, PA 19101** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **1 commercial color copier** | |
| | State the term remaining | **unknown** | **Konica Minolta Premier Finance P.O. Box 105710 Atlanta, GA 30348-5710** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office equipment at LCJ - copier lease (60 months eff. 01.08.2019)** | |
| | State the term remaining | **54 months** | **Ricoh USA 70 Valley Stream Pkwy. Malvern, PA 19355** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1    **Lakeway Publishers of Missouri, Inc.**                                    Case number *(if known)*
   First Name         Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name    **Lakeway Publishers of Missouri, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **A&S Printing Service, Inc.** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.2 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Advertising Specialty Institute** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.3 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **AMG Parade** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.4 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Amy Twellman** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.5 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **C&C Printing Controls, Inc.** | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Lakeway Publishers of Missouri, Inc.**                          Case number *(if known)* _____

▮   **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.6 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **CDW Direct, LLC** | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Centralia Chamber of Commerce** | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.8 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Chick Printing Service** | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |
| 2.9 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **CHS Publications** | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |
| 2.10 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Clean The Uniform Co.** | ☐ D _____ ■ E/F __3.36__ ☐ G _____ |
| 2.11 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Columbia Daily Tribune** | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.12 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Dayne's Waste Disposal** | ☐ D _____ ■ E/F __3.43__ ☐ G _____ |
| 2.13 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Dennis Fletcher** | ☐ D _____ ■ E/F __3.44__ ☐ G _____ |

Debtor    **Lakeway Publishers of Missouri, Inc.**          Case number *(if known)* _____

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Lakeway Publishers, Inc.** | P.O. Box 625<br>Morristown, TN 37815 | **Econopack, Inc.** | ☐ D _____<br>■ E/F    **3.48**<br>☐ G _____ |
| 2.15 | **Lakeway Publishers, Inc.** | P.O. Box 625<br>Morristown, TN 37815 | **Elsberry Hardware** | ☐ D _____<br>■ E/F    **3.49**<br>☐ G _____ |
| 2.16 | **Lakeway Publishers, Inc.** | P.OP. Box 625<br>Morristown, TN 37815 | **Fastenal Company** | ☐ D _____<br>■ E/F    **3.53**<br>☐ G _____ |
| 2.17 | **Lakeway Publishers, Inc.** | P.O. Box 625<br>Morristown, TN 37815 | **Forklift of Quincy, Inc.** | ☐ D _____<br>■ E/F    **3.55**<br>☐ G _____ |
| 2.18 | **Lakeway Publishers, Inc.** | P.O. Box 625<br>Morristown, TN 37815 | **Friends2Follow** | ☐ D _____<br>■ E/F    **3.57**<br>☐ G _____ |
| 2.19 | **Lakeway Publishers, Inc.** | P.O. Box 625<br>Morristown, TN 37815 | **Gammerler** | ☐ D _____<br>■ E/F    **3.59**<br>☐ G _____ |
| 2.20 | **Lakeway Publishers, Inc.** | P.O. Box 625<br>Morristown, TN 37815 | **Gasconade County Circuit Court** | ☐ D _____<br>■ E/F    **3.60**<br>☐ G _____ |
| 2.21 | **Lakeway Publishers, Inc.** | P.O. Box 625<br>Morristown, TN 37815 | **Grainger Industrial Supply** | ☐ D _____<br>■ E/F    **3.63**<br>☐ G _____ |

Debtor   **Lakeway Publishers of Missouri, Inc.**                    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Grannemann Sales & Service** | ☐ D _____ ■ E/F __3.64__ ☐ G _____ |
| 2.23 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Havener's Termite & Insect** | ☐ D _____ ■ E/F __3.66__ ☐ G _____ |
| 2.24 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Hermann Advertiser Courier** | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |
| 2.25 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Hermann Lumber** | ☐ D _____ ■ E/F __3.68__ ☐ G _____ |
| 2.26 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Higgins Electric, Inc.** | ☐ D _____ ■ E/F __3.71__ ☐ G _____ |
| 2.27 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Hoag & Sons' Book Bindery** | ☐ D _____ ■ E/F __3.72__ ☐ G _____ |
| 2.28 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Hoag & Sons' Book Bindery** | ☐ D _____ ■ E/F __3.73__ ☐ G _____ |
| 2.29 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Jorson & Carlson, Inc.** | ☐ D _____ ■ E/F __3.76__ ☐ G _____ |

Debtor    **Lakeway Publishers of Missouri, Inc.**    Case number *(if known)*　_____

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Kinkead Pharmacy** | ☐ D _____ ■ E/F __3.79__ ☐ G _____ |
| 2.31 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Konica Minolta Premier Finance** | ☐ D _____ ■ E/F __3.81__ ☐ G _____ |
| 2.32 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Konica Minolta Premier Finance** | ☐ D _____ ■ E/F __3.82__ ☐ G _____ |
| 2.33 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **McMaster Car Supply Co.** | ☐ D _____ ■ E/F __3.88__ ☐ G _____ |
| 2.34 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Missouri Press Association** | ☐ D _____ ■ E/F __3.94__ ☐ G _____ |
| 2.35 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Missouri Press Foundation** | ☐ D _____ ■ E/F __3.95__ ☐ G _____ |
| 2.36 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Mueller Martini** | ☐ D _____ ■ E/F __3.97__ ☐ G _____ |
| 2.37 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **PAGE Cooperative** | ☐ D _____ ■ E/F __3.104__ ☐ G _____ |

Schedule H: Your Codebtors

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | PandoLogic, Inc. | ☐ D _____ ■ E/F __3.105__ ☐ G _____ |
| 2.39 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Papex, Inc. | ☐ D _____ ■ E/F __3.107__ ☐ G _____ |
| 2.40 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Pennywise | ☐ D _____ ■ E/F __3.108__ ☐ G _____ |
| 2.41 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Perq, LLC | ☐ D _____ ■ E/F __3.110__ ☐ G _____ |
| 2.42 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Progressive Landscaping | ☐ D _____ ■ E/F __3.114__ ☐ G _____ |
| 2.43 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Protective Life Insurance | ☐ D _____ ■ E/F __3.116__ ☐ G _____ |
| 2.44 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Purvis Industries, Ltd. | ☐ D _____ ■ E/F __3.119__ ☐ G _____ |
| 2.45 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Quill Corporation | ☐ D _____ ■ E/F __3.120__ ☐ G _____ |

Debtor   **Lakeway Publishers of Missouri, Inc.**                Case number *(if known)* _____

◼ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.46 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Realmatch** | ☐ D _____ ◼ E/F __**3.121**__ ☐ G _____ |
| 2.47 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Realmatch** | ☐ D _____ ◼ E/F __**3.122**__ ☐ G _____ |
| 2.48 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Richman Graphic Services** | ☐ D _____ ◼ E/F __**3.124**__ ☐ G _____ |
| 2.49 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Richo USA, Inc.** | ☐ D _____ ◼ E/F __**3.125**__ ☐ G _____ |
| 2.50 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Ritchie & Sons, Inc.** | ☐ D _____ ◼ E/F __**3.126**__ ☐ G _____ |
| 2.51 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **River City Towing & Repair** | ☐ D _____ ◼ E/F __**3.127**__ ☐ G _____ |
| 2.52 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Ron's Window Service** | ☐ D _____ ◼ E/F __**3.128**__ ☐ G _____ |
| 2.53 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **RR Donnelley Logistics Services** | ☐ D _____ ◼ E/F __**3.129**__ ☐ G _____ |

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* | |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Save A Lot | ☐ D _____  ■ E/F ___3.130___  ☐ G _____ |
| 2.55 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Schaefer Locks. LLC | ☐ D _____  ■ E/F ___3.131___  ☐ G _____ |
| 2.56 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Schaeffer Manufacturing Co. | ☐ D _____  ■ E/F ___3.132___  ☐ G _____ |
| 2.57 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Scheidegger Service Center | ☐ D _____  ■ E/F ___3.133___  ☐ G _____ |
| 2.58 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Stevens Heating & Cooling, LLC | ☐ D _____  ■ E/F ___3.139___  ☐ G _____ |
| 2.59 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Swift Printing | ☐ D _____  ■ E/F ___3.142___  ☐ G _____ |
| 2.60 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Thomas Motors | ☐ D _____  ■ E/F ___3.144___  ☐ G _____ |
| 2.61 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Townnenews.com | ☐ D _____  ■ E/F ___3.145___  ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Townnenews.com | ☐ D _____ ■ E/F __3.146__ ☐ G _____ |
| 2.63 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Troy Chamber of Commerce | ☐ D _____ ■ E/F __3.148__ ☐ G _____ |
| 2.64 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | US Office & Industrial Supply | ☐ D _____ ■ E/F __3.151__ ☐ G _____ |
| 2.65 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Veritiv Operating Company | ☐ D _____ ■ E/F __3.154__ ☐ G _____ |
| 2.66 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Videojet Technologies | ☐ D _____ ■ E/F __3.157__ ☐ G _____ |
| 2.67 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | WebPress | ☐ D _____ ■ E/F __3.159__ ☐ G _____ |
| 2.68 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Wells Fargo Financial Services | ☐ D _____ ■ E/F __3.161__ ☐ G _____ |
| 2.69 **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | Whittier Mailing | ☐ D _____ ■ E/F __3.162__ ☐ G _____ |

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* | |

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.70 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **William Henry** | ☐ D ____<br>■ E/F __3.163__<br>☐ G ____ |
| 2.71 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **ZEP Sales & Service** | ☐ D ____<br>■ E/F __3.166__<br>☐ G ____ |
| 2.72 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Alliant Bank** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.73 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Linda Geist** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.74 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Pinnacle Bank** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.75 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Pinnacle Bank** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.76 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Pinnacle Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.77 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Pinnacle Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

Debtor   **Lakeway Publishers of Missouri, Inc.**                    Case number *(if known)* _____

---

■  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.78 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Pinnacle Bank** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.79 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Pinnacle Bank** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.80 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Pinnacle Bank** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.81 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Pinnacle Bank** | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.82 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Pinnacle Bank** | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.83 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Internal Revenue Service** | ☐ D ____<br>■ E/F __2.1__<br>☐ G ____ |
| 2.84 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Internal Revenue Service** | ☐ D ____<br>■ E/F __2.2__<br>☐ G ____ |
| 2.85 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Internal Revenue Service** | ☐ D ____<br>■ E/F __2.3__<br>☐ G ____ |

---

Debtor   **Lakeway Publishers of Missouri, Inc.**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                              Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.86 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.4__<br>☐ G _____ |
| 2.87 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.5__<br>☐ G _____ |
| 2.88 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.6__<br>☐ G _____ |
| 2.89 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.7__<br>☐ G _____ |
| 2.90 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.8__<br>☐ G _____ |
| 2.91 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.9__<br>☐ G _____ |
| 2.92 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.10__<br>☐ G _____ |
| 2.93 | **Lakeway Publishers, Inc.** | **P.O. Box 625 Morristown, TN 37815** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.11__<br>☐ G _____ |

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* | |
|--------|------|------|------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.94 | **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Lincoln County Tax Collector** | ☐ D _____ ■ E/F __2.13__ ☐ G _____ |
| 2.95 | **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Missouri Department of Revenue** | ☐ D _____ ■ E/F __2.14__ ☐ G _____ |
| 2.96 | **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Missouri Department of Revenue** | ☐ D _____ ■ E/F __2.15__ ☐ G _____ |
| 2.97 | **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Missouri Department of Revenue** | ☐ D _____ ■ E/F __2.16__ ☐ G _____ |
| 2.98 | **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Missouri Department of Revenue** | ☐ D _____ ■ E/F __2.17__ ☐ G _____ |
| 2.99 | **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Missouri Department of Revenue** | ☐ D _____ ■ E/F __2.18__ ☐ G _____ |
| 2.100 | **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Pike County Collector** | ☐ D _____ ■ E/F __2.20__ ☐ G _____ |
| 2.101 | **Lakeway Publishers, Inc.** | P.O. Box 625 Morristown, TN 37815 | **Abel Oil Co.** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Lakeway Publishers of Missouri, Inc.**                    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.10<br>2 | **Lakeway<br>Publishers, Inc.** | **P.O. Box 625<br>Morristown, TN 37815** | **All American<br>Publishing** | ☐ D _____<br>☐ E/F   **3.4**<br>☐ G _____ |
| 2.10<br>3 | **Lakeway<br>Publishers, Inc.** | **P.O. Box 625<br>Morristown, TN 37815** | **Amateur Sports<br>Promotion, USA** | ☐ D _____<br>☐ E/F   **3.5**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Lakeway Publishers of Missouri, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TENNESSEE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **11/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,919,089.00** |
| **For year before that:**<br>From **11/01/2017** to **10/31/2018** | ■ Operating a business<br>☐ Other _____ | **$6,884,173.00** |
| **For the fiscal year:**<br>From **11/01/2016** to **10/31/2017** | ■ Operating a business<br>☐ Other _____ | **$6,981,663.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Lakeway Publishers of Missouri, Inc.**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Page** P.O. Box 842228 Boston, MA 02284 | 03.06.2019; 03.15.2019; 03.26.2019; 04.15.2019; 04.18.2019; 04.25.2019; 05.10.2019 | $238,063.97 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Newscom Technology II** **NEED ADDRESS** | 03.08.2019 | $16,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Konica-Minolta Premier Finance - 1163** P.O. Box 41602 Philadelphia, PA 19101 | 03.15.2019; 04.18.2019; 05.07.2019 | $59,693.86 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Pinnacle Finance** 1111 Northshore Dr., Ste. 130 Knoxville, TN 37921 | 03.05.2019; 04.05.2019; 05.06.2019 | $38,644.40 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Ameren Missouri** P.O. Box 88068 Chicago, IL 60680-1068 | 04.17.19 | $7,723.21 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **RR Donnelley Logistics Services** P.O. Box 932721 Cleveland, OH 44193 | 04.18.2019 | $38,650.88 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **Perq, LLC** 7225 Georgetown Rd. Indianapolis, IN 46268 | 04.23.2019 | $27,288.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* |
|---|---|---|

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:   Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Lakeway Publishers of Missouri, Inc. d/b/a Press Journal Printing v. The People's Tribune, Inc.**<br>18-PI-CC00036 | **Civil** | **Circuit Court of Pike County Missouri**<br>115 W. Main St., #24<br>Bowling Green, MO 63334 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

---

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

---

Debtor   **Lakeway Publishers of Missouri, Inc.**                                    Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Monroe City Police Department**<br>**300 N Main St.**<br>**Monroe City, MO 63456** | **Calendar revnue share** | **12.28.2018** | **$2,000.00** |
| | **Recipients relationship to debtor**<br>**Customer** | | | |
| 9.2. | **Monroe County Sheriff's Office**<br>**300 N Main St.**<br>**Paris, MO 65275** | **Calendar revenue share** | **12.28.18** | **$4,000.00** |
| | **Recipients relationship to debtor**<br>**Customer** | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Quist, Fitzpatrick & Jarrard, PLLC**<br>**2121 First Tennessee Plaza**<br>**800 South Gay Street**<br>**Knoxville, TN 37929-9711** | **Attorney Fees** | **05.03.2019** | **$25,000.00** |
| | **Email or website address**<br>**rej@qcflaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Lakeway Publishers, Inc.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor    **Lakeway Publishers of Missouri, Inc.**                    Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Anita Manuel** | **2006 Chevy Equinox previously held by Bowling Green Times: payroll deduction of $32.06 over 78 pay periods eff. June 9, 2019.** | **05.24.2019** | **$2,500.00** |
| | Relationship to debtor<br>**Employee** | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Press Journal Printing**<br>**3406 W George Street**<br>**Louisiana, MO 63353** | **07.2002 - 02.2018** |
| 14.2. | **Louisiana Press Journal**<br>**3406 W George Street**<br>**Louisiana, MO 63353** | **07.2002 - 01.2018** |
| 14.3. | **Newstime**<br>**11102 Veterans Memorial Parkway**<br>**Lake Saint Louis, MO 63367** | **07.2002 - 11.2018** |
| 14.4. | **Lakeway MO Corporate HQ**<br>**3406 W George Street**<br>**Louisiana, MO 63353** | **07.2002 - 02.2018** |

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

    **Name, address, email address, credit card information**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **USI Consulting Group** | EIN:   **62-0754964** |

    Has the plan been terminated?
    ■ No
    ☐ Yes

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

---

Debtor   **Lakeway Publishers of Missouri, Inc.**                                    Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  |  |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **Lakeway Publishers, Inc.** **P.O. Box 625** **Morristown, TN 37815** | **Newspaper & printing** | EIN:  **62-0754964** From-To  **1966 - Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    **Lakeway Publishers of Missouri, Inc.**                      Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Crystal Beatty** <br> **609 E Page St.** <br> **Vandalia, MO 63382** | **08.06.2008 - current** |
| 26a.2. **Patricia Blankenship** <br> **P.O. Box 48** <br> **Hermann, MO 65041** | **09.10.2012 - current** |
| 26a.3. **Khristta Cooper** <br> **811 New Hope Rd.** <br> **Elsberry, MO 63343** | **02.10.2016 -** <br> **04.18.2019** |
| 26a.4. **Jennifer Dowell** <br> **703 Arrow Ave.** <br> **Louisiana, MO 63353** | **07.18.2011 -** <br> **08.27.2018** |
| 26a.5. **Susan Duncan** <br> **617 Nebraska St.** <br> **Louisiana, MO 63353** | **11.17.2019 -** <br> **03.06.2019** |
| 26a.6. **Valerie Gilbert** <br> **3764 Shelby 209** <br> **Clarence, MO 63437** | **09.01.1992 -** <br> **11.02.2017** |
| 26a.7. **Rebecca Harlow** <br> **2290 Central Park Dr.** <br> **Troy, MO 63379** | **03.21.2018 - current** |
| 26a.8. **Cynthia Kaus** <br> **189 Rue Grand Dr.** <br> **Lake Saint Louis, MO 63367** | **11.01.2012 -** <br> **04.26.2019** |
| 26a.9. **Shannon Lenk** <br> **820 Eversmeyer Rd.** <br> **Silex, MO 63377** | **03.18.2019 - current** |
| 26a.10. **Linda Luebrect** <br> **19862 Pike 476** <br> **Bowling Green, MO 63334** | **10.01.1986 -** <br> **10.02.2018** |
| 26a.11. **Donna McManama** <br> **610 Tidball** <br> **Centralia, MO 65240** | **07.16.2007 - current** |
| 26a.12. **Abbie Power** <br> **717 Tugboat St.** <br> **Monroe City, MO 63456** | **10.23.2017 - current** |
| 26a.13. **Michael Short** <br> **13 Pokes Lane** <br> **Elsberry, MO 63343** | **08.31.2000 - current** |
| 26a.14. **Cindy Viehman** <br> **47 Oxford Place** <br> **Troy, MO 63379** | **07.20.2016 -** <br> **07.26.2017** |
| 26a.15. **Julie Wecheter** <br> **534 Tabago Lane** <br> **Moscow Mills, MO 63362** | **08.03.2017 -** <br> **03.21.2018** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* | |
|--------|------------------------------------------|--------------------------|--|

| | Name and address | Date of service From-To |
|--|------------------|-------------------------|
| 26a.16. | **Christine Watson**<br>**1011 Park St.**<br>**Monroe City, MO 63456** | **01.03.2017 -**<br>**09.29.2017** |
| 26a.17. | **Christina White**<br>**745 Virginia St.**<br>**Saint Clair, MO 63077** | **11.18.2016 -**<br>**10.27.2017** |
| 26a.18. | **Bridgette Worley**<br>**15722 Pike 292**<br>**Bowling Green, MO 63334** | **09.05.2018 - current** |
| 26a.19. | **Bonnie Archer-Hep**<br>**791 Hwy 113**<br>**White Pine, TN 37890** | **10.22.2018 - current** |
| 26a.20. | **Heather Baker**<br>**1169 George Byrd Rd.**<br>**Morristown, TN 37813** | **02.28.2012 -**<br>**06.08.2018** |
| 26a.21. | **Morgan Biery**<br>**321 Flemings Dr.**<br>**Morristown, TN 37813** | **06.11.2018 -**<br>**01.04.2019** |
| 26a.22. | **Lorie Diamond**<br>**5036 Cameron Rd.**<br>**Morristown, TN 37814** | **12.26.2017 - current** |
| 26a.23. | **Carmen Gibson**<br>**5544 Buckingham Dr.**<br>**Russellville, TN 37860** | **06.18.2018 -**<br>**02.22.2019** |
| 26a.24. | **April Graham**<br>**2235 Kidwell Ridge Rd.**<br>**Morristown, TN 37814** | **04.01.2019 -**<br>**04.02.2019** |
| 26a.25. | **Tanya Greene**<br>**1136 Back Valley Rd.**<br>**Sneedville, TN 37869** | **11.20.2003 -**<br>**11.23.2018** |
| 26a.26. | **Whittney Hickey**<br>**4687 East Hampton Blvd.**<br>**Morristown, TN 37813** | **12.03.2018 -**<br>**04.17.2019** |
| 26a.27. | **Betty Howard**<br>**1021 Rhett Circle**<br>**Morristown, TN 37814** | **05.15.1972 - current** |
| 26a.28. | **Lee Huguenard**<br>**110 Judge Asbury Court**<br>**Jacksboro, TN 37757** | **01.22.1990 -**<br>**04.13.2017** |
| 26a.29. | **Jane Hutton**<br>**1635 Timber Ridge Rd.**<br>**Greeneville, TN 37743** | **01.28.2015 -**<br>**12.28.2017** |
| 26a.30. | **Donna Johnagin**<br>**532 Big Hill Rd.**<br>**Mooresburg, TN 37811** | **02.12.2015 - current** |
| 26a.31. | **Angela Jones**<br>**129 Maydawn Ln.**<br>**Mooresburg, TN 37811** | **04.30.2007 -**<br>**05.11.2018** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lakeway Publishers of Missouri, Inc.** | Case number *(if known)* |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.32. | **Julie Malott**<br>**5393 Stuffel Rd.**<br>**Morristown, TN 37814** | **04.30.2007 -**<br>**05.11.2018** |
| 26a.33. | **Jennifer Martin**<br>**2625 Perkey Street**<br>**Morristown, TN 37814** | **02.25.2019 -**<br>**03.18.2019** |
| 26a.34. | **Carolyn McKinney**<br>**1323 Hugh Drive**<br>**Morristown, TN 37814** | **11.09.2015 - current** |
| 26a.35. | **Michelle Purkey**<br>**1104 Cross St.**<br>**Erwin, TN 37650** | **09.28.2009 - current** |
| 26a.36. | **Ashley Southerland**<br>**3092 Hardy Rd.**<br>**White Pine, TN 37890** | **11.14.2016 -**<br>**03.22.2019** |
| 26a.37. | **Tabitha Jaycox**<br>**624 Whippoorwill Dr.**<br>**Talbott, TN 37877** | **04.29.2019 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Craine, Thompson & Jones**<br>**f/k/a Hiram Jones & Associates**<br>**P.O. Box 1779**<br>**Morristown, TN 37816** | **1966 - current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Craine, Thompson & Jones**<br>**P.O. Box 1779**<br>**Morristown, TN 37816** | |
| 26c.2. | **Lorie Diamond, CFO**<br>**Lakeway Publishers of Missouri**<br>**P.O. Box 625**<br>**Morristown, TN 37815** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Commercial Bank**<br>**c/o Rick Sprinkle, MBA, Executive VP**<br>**710 Cumberland Gap Pkwy.**<br>**Harrogate, TN 37752** |

Debtor    **Lakeway Publishers of Missouri, Inc.**           Case number *(if known)* _____

| Name and address |
|---|
| 26d.2.    **Hometrust Bank**<br>**c/o David Slack, County Executive**<br>**120 Evans Avenue**<br>**Morristown, TN 37814** |
| 26d.3.    **Citizens National Bank**<br>**c/o Chris Horn, Market President,**<br>**Hamblen and Jefferson Counties**<br>**4320 Evan Greene Plaza**<br>**Morristown, TN 37813** |
| 26d.4.    **Fifth Third Bank**<br>**c/o Nathan Copeland, VP Comm. Banking**<br>**8331 E. Walker Springs Ln, Ste. 201**<br>**Knoxville, TN 37923** |
| 26d.5.    **First Century Bank**<br>**c/o Rob Barger, President/CEO**<br>**P.O. Box 1559**<br>**Tazewell, TN 37879** |
| 26d.6.    **New People's Bank**<br>**c/o J. W. Kiser, Sr. Comm. Banking**<br>**Officer, Sr. VP**<br>**101 Linden Square Drive**<br>**Bristol, VA 24202** |
| 26d.7.    **SunTrust Bank**<br>**c/o Harry Gross, Executive VP**<br>**9950 Kingston Pike**<br>**Knoxville, TN 37922** |
| 26d.8.    **Community Bank Blount County**<br>**c/o John Harris, Executive VP,**<br>**Chief Lending Officer**<br>**P.O. Box 9730**<br>**Maryville, TN 37802** |
| 26d.9.    **Wells Fargo**<br>**c/o Michael Friesch, Vice President**<br>**Commercial Banking Group**<br>**3100 West End Ave., Ste. 900**<br>**Nashville, TN 37203** |
| 26d.10.    **The Joel Cohen Group, LLC**<br>**d/b/a callcohen.com**<br>**c/o Joel Cohen, Chairman/Pres./CEO**<br>**1389 W. 86th St., Ste. 196**<br>**Indianapolis, IN 46260** |
| 26d.11.    **AXIS Capital Funding c/o Tracy Harris**<br>**Headquarters: Bermuda**<br>**92 Pitts Bay Road, AXIS House**<br>**Pembroke, HM 08** |
| 26d.12.    **Lighthouse Financial Group**<br>**c/o Al Foster, Vice President**<br>**6624 Colonial Forest Ln.**<br>**Knoxville, TN 37919** |
| 26d.13.    **BB&T**<br>**c/o DeAnna Hughes**<br>**900 S. Gay St., 24th Floor**<br>**Knoxville, TN 37902** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Lakeway Publishers of Missouri, Inc.**                          Case number *(if known)* _____

| Name and address |
|---|
| 26d.14.  **SMS Financial**<br>**c/o Dan Shorr**<br>**6819 North 12th St.**<br>**Phoenix, AZ 85014** |
| 26d.15.  **First Tennessee Bank**<br>**c/o Justin Cook**<br>**1112 W. First North St.**<br>**Morristown, TN 37814** |
| 26d.16.  **Pinnacle Financial Partners**<br>**c/o Leslie Mills**<br>**1111 Northshore Dr., Ste. S800**<br>**Knoxville, TN 37921** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

☑  Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jeffrey Guay - GM** | **04.30.2019** | **$910,356 - cost** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Sean Shilling - Production Manager (PJP)**<br>**550 Sandra Way**<br>**Winfield, MO 63389** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **R. Jack Fishman** | **1220 Wildwood Dr.**<br>**Morristown, TN 37814** | **Chairman** | **7%** |
| **R. Michael Fishman** | **761 Berkshire Dr.**<br>**Morristown, TN 37814** | **Secretary/Treasurer** | **20%** |
| **William O. Foutch** | **830 W First North St.**<br>**Morristown, TN 37814** | **Asst. Secretary** | **0%** |
| **Jeffrey D. Fishman** | **600 Stuart St.**<br>**Tullahoma, TN 37388** | **Vice President** | **20%** |
| **Omer Perryman** | **1310 Bales Dr.**<br>**Morristown, TN 37814** | **Director** | **3%** |

Debtor    **Lakeway Publishers of Missouri, Inc.**    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Lorie Diamond | 5036 Cameron Rd. Morristown, TN 37814 | Director | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

  ☐ No

  ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Jane Hutton | 1635 Timber Ridge Rd. Greeneville, TN 37743 | Director | ended 12.2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

  ■ No

  ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ■ No

  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ☐ No

  ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|
| USI Consulting Group | EIN:    62-0754964 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Lakeway Publishers of Missouri, Inc.**                                    Case number *(if known)*    _____

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 31, 2019**
                _____

**/s/ R. Jack Fishman**                              **R. Jack Fishman**
_____            _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**
                                    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Lakeway Publishers of Missouri, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **May 31, 2019**

**/s/ R. Jack Fishman**
**R. Jack Fishman**/President
Signer/Title

Date:  **May 31, 2019**

**/s/ Ryan E. Jarrard**
Signature of Attorney
**Ryan E. Jarrard 024525**
**Quist, Fitzpatrick & Jarrard, PLLC**
**2121 First Tennessee Plaza**
**800 South Gay Street**
**Knoxville, TN 37929-9711**
**(865) 524-1873   Fax: (865) 525-2440**

A&S Printing Service, Inc.
P.O. Box 124
Monroe City, MO 63456

Abel Oil Co.
P.O. Box 532
Louisiana, MO 63353

Advertising Specialty Institute
P.O. Box 15017
Wilmington, DE 19886-5017

All American Publishing
P.O. Box 100
Caldwell, ID 83606

Alliant Bank
P.O. Box 308
Monroe City, MO 63456

Amateur Sports Promotion, USA
P.O. Box 712
Quincy, IL 62306

Ameren Missouri
P.O. Box 88068
Chicago, IL 60680

American Bankers Insurance Company of FL
Flood Service Center
P.O. Box 731178
Dallas, TX 75373-1178

AMG Parade
P.O. Box 306106
Nashville, TN 37230-6106

Amy Twellman
3966 Hwy C
Moscow Mills, MO 63362

Area Disposal
32289 Collection Center Dr.
Chicago, IL 60693-0322

AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T Long Distance
P.O. Box 105068
Atlanta, GA 30348-5068

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

BALCO
P.O. Box 171
Elsberry, MO 63343

Balco Properties, LLC
P.O. box 171
Gordon, AL 36343

Bankcard Center Fuel
P.O. Box 385
Memphis, TN 38101-0385

Bankcard Center Fuel #1
P.O. Box 1545
Memphis, TN 38101-1545

Barry's Cartoons
Box 971 Hwy 2 West
Whitehall, MT 59759

BCC Software, LLC
P.O. Box 1174
Buffalo, NY 14240

Birch Communications
P.O. Box 105066
Atlanta, GA 30348

Burnett, Dobson & Pinchak
711 Cherry St., Ste. 200
Chattanooga, TN 37402

C&C Printing Controls, Inc.
P.O. Box 411
Sandwich, IL 60548

Canon Financial Services
14904 Collections Center Dr.
Chicago, IL 60693-0149

Carquest of Louisiana
600 Kelly Lane
Louisiana, MO 63353

CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723

Centralia Chamber of Commerce
P.O. Box 235
Centralia, MO 65240

Centralia Postmaster
NEED ADDRESS

Century Printing & Packaging
P.O. Box 2358
Greer, SC 29652

Charter Communications
P.O. Box 790086
Saint Louis, MO 63179-0086

Chick Printing Service
115 Business Hwy 61 N
Bowling Green, MO 63334

CHS Football
Centralia RVI Board Office
1399 E Hwy 22, Ste. B
Centralia, MO 65240

CHS Publications
849 S. Jefferson Dr.
Centralia, MO 65240

City of Monroe City
P.O. Box 67
Monroe City, MO 63456

City of Vandalia
200 East Park
Vandalia, MO 63382

Clean The Uniform Co.
210 S. Cool Springs Rd.
O Fallon, MO 63366

Columbia Daily Tribune
Circulation Department
101 N. 4th St.
Columbia, MO 65201

Continental Products
2000 West Blvd.
Mexico, MO 65265

Corporate Filings, LLC
30 N Gould St., Ste. 7001
Sheridan, WY 82801

Creators Syndicate
737 3rd St.
Hermosa Beach, CA 90254

Crown Packing Corp.
P.O. Box 17806M
Saint Louis, MO 63195

Cuivre River Electric Co.
P.O. Box 949457
Saint Louis, MO 63195

Dayne's Waste Disposal
P.O. Box 248
Mexico, MO 65265

Dennis Fletcher
17 Ruth Drive
Monroe City, MO 63456

Department of Ecology
P.O. Box 34050
Seattle, WA 98124-1050

Department of Public Safety
Division of Fire Safety
P.O. Box 1421
Jefferson City, MO 65102

Dish Network
P.O. Box 94063
Palatine, IL 60094

Econopack, Inc.
580 Axminister Dr.
Fenton, MO 63026

Elsberry Hardware
214 Broadway
Elsberry, MO 63343

Ennis, Inc.
P.O. Box 841741
Dallas, TX 75284

Express Card & Label Co.
P.O. B ox 4247
Topeka, KS 66604

Faber & Brand
NEED ADDRESS

Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286

FedEx Freight Department CH
P.O. Box 10306
Palatine, IL 60055-0306

Forklift of Quincy, Inc.
2426 West Schneidman Dr.
Quincy, IL 62305

Franklin County Circuit Court Clerk
401 East Main St.
Union, MO 63084

Friends2Follow
P.O. Box 526393
Salt Lake City, UT 84152-6393

G&V Campbell, Inc.
102 Scott Oak Rd., Ste. A
Eatonton, GA 31024

Gammerler
431 Lakeview Ct., Ste. B
Mount Prospect, IL 60056

Gasconade County Circuit Court
119 E 1st Street, Room 6
Hermann, MO 65041

Gateway Truck & Refrigeration
P.O. Box 843715
Kansas City, MO 64184

Getz Fire Equipment
P.O. Box 419
Peoria, IL 61651

Grainger Industrial Supply
Dept. 857030662
11200 E. State Route 210
Kansas City, MO 64161

Grannemann Sales & Service
P.O. Box 377
Hermann, MO 65041

Grant Paper Company
161 Washington St. #1150
Conshohocken, PA 19428

Havener's Termite & Insect
819 W Jackson Ave.
Owensville, MO 65066

Hermann Advertiser Courier
136 E 4th St.
Hermann, MO 65041

Hermann Lumber
P.O. Box 500
Hermann, MO 65041

Hermann Postmaster
412 W. 16th Street
Hermann, MO 65041

Hermann Utilities
1902 Jefferson
Hermann, MO 65041

Higgins Electric, Inc.
P.O. Box 218
Montgomery City, MO 63361

Hoag & Sons' Book Bindery
145 S. Main St.
Eaton Rapids, MI 48827

Indiana State Central Collection Unit
P.O. Box 6219
Indianapolis, IN 46206

Internal Revenue Service
P.O. Box 37941
Hartford, CT 06176-7941

Jefferson County Family Support
Payment Center
P.O. Box 109001
Jefferson City, MO 65102

Jorson & Carlson, Inc.
1501 Pratt Blvd.
Elk Grove Village, IL 60007

JS Testing, LLC
407 North Lloyd Blvd.
Ewing, MO 63440

Kansa Technology
3700 Oakes Dr.
Emporia, KS 66801

Kinkead Pharmacy
105 S Allen
Centralia, MO 65240

Konica Minolta Business Solutions
Dept. CH19188
Palatine, IL 60055-9188

Konica Minolta Premier Finance
P.O. Box 105710
Atlanta, GA 30348-5710

Konica Minolta Premier Finance
P.O. Box 41602
Philadelphia, PA 19101

Lacrosse Lumber
123 Main Street
Louisiana, MO 63353

Lakeway Publishers, Inc.
P.O. Box 625
Morristown, TN 37815

Lakeway Publishers, Inc.
P.OP. Box 625
Morristown, TN 37815

Liberty Utilities
75 Remittance Dr., Ste. 1741
Chicago, IL 60675

Lincoln County Tax Collector
Jessica Zumwalt
201 Main St.
Troy, MO 63379

Linda Geist
510 2nd St.
Monroe City, MO 63456

Magnets 4 Media
P.O. Box 203669
Chicago, IL 60675

Mapping Solutions
P.O. Box 332
Lathrop, MO 64465

Maryland State Department of
Assessments & Taxation
301 W Preston St., Room 801
Baltimore, MD 21201

McMaster Car Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

Media Development
301 Oak, Ste. 400
Quincy, IL 62306

Meridian Waste Solutions
P.O. Box 580205
Charlotte, NC 28258

Midland Paper Company
1140 Paysphere Circle
Chicago, IL 60674

Midwest Bindery Repair
501 S. Whitener St.
Marquand, MO 63655

Millsap & Singer, LLC
612 Spirit Dr.
St. Louis, MO 63005

Missouri Department of Revenue
P.O. Box 3375
Jefferson City, MO 65105-3375

Missouri Department of Revenue
Taxation Bureau
PO Box 840
Jefferson City, MO 65105

Missouri Press Association
802 Locust St.
Columbia, MO 65201

Missouri Press Foundation
802 Locust St.
Columbia, MO 65201

Monroe City Postmaster
416 N Main St.
Monroe City, MO 63456

Mueller Martini
P.O. Box 787196
Philadelphia, PA 19178-7196

Musterman Fab, Inc.
6231 Creech Lane
Troy, MO 63379

National Newspaper Association
900 Community Drive
Springfield, IL 62703

Navitor, Inc.
P.O. Box 856740
Minneapolis, MN 55485

Neutron Industries
P.O. Box 844284
Boston, MA 02284

Newscom Technology II
NEED ADDRESS

P&P Press
6513 N. Galena Rd.
Peoria, IL 61614

PAGE Cooperative
P.O. Box 842228
Boston, MA 02284-2228

PandoLogic, Inc.
Dept. CH 19764
Palatine, IL 60055-9764

Panther Boosters
707 E Gano Chance Dr.
Centralia, MO 65240

Papex, Inc.
230 Watline Ave.
Mississauga Ontario L4Z 1P4

Pennywise
P.O. Box 487
Bowie, MD 20718-0487

Perkins Business, LLC
89 Business Hwy 61 North
Bowling Green, MO 63334

Perq, LLC
7225 Georgetown Rd.
Indianapolis, IN 46268

Pike County Circuit Court Clerk
115 West Main St.
Bowling Green, MO 63334

Pike County Collector
115 W Main St., #21A
Bowling Green, MO 63334

Pinnacle Bank
1111 Northshore Dr., Ste. S-800
Knoxville, TN 37919

Pinnacle Bank
1111 Northshore Dr., Ste. S-800
Knoxville, TN 37929

Popmount, Inc.
1817 W Broad St.
Richmond, VA 23220

Profit Packaging Newspaper Equipment
P.O. Box 825
Monroe City, MO 63456

Progressive Landscaping
2702 Hwy C
Centralia, MO 65240

Protank Southwest, LLC
5907 Aldine Bender Rd.
Humble, TX 77396

Protective Life Insurance
P.O. Box 2224
Birmingham, AL 35246

Public Water Supply of St. Charles Count
P.O. Box 967
O Fallon, MO 63366

Public Works Department
202 S. 3rd Street
Louisiana, MO 63353

Purvis Industries, Ltd.
P.O. Box 540757
Dallas, TX 75354-0757

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

Realmatch
Dept. CH 19764
Palatine, IL 60055-9764

Ren Potterfield Trucking
404 US Hwy 24 & 36
Monroe City, MO 63456

Richman Graphic Services
218 W Railroad
Centralia, MO 65240-1324

Richo USA, Inc.
P.O. Box 660342
Dallas, TX 75266-0342

Ricoh USA
70 Valley Stream Pkwy.
Malvern, PA 19355

Ritchie & Sons, Inc.
105 W Singleton St.
Centralia, MO 65240

River City Towing & Repair
903 Maryland St.
Louisiana, MO 63353

Ron's Window Service
P.O. Box 626
Moberly, MO 65270

RR Donnelley Logistics Services
P.O. Box 932721
Cleveland, OH 44193

Save A Lot
225 East First Street
Hermann, MO 65041

Schaefer Locks. LLC
c/o Charles Schaefer
707 Kerri Lynn Ln.
Montgomery City, MO 63361

Schaeffer Manufacturing Co.
4729, 102 Barton St.
Saint Louis, MO 63104

Scheidegger Service Center
514 Market St.
Hermann, MO 65041

Schutz Transportation
3110 Cambridge Pointe Dr.
Saint Louis, MO 63179

Shell Fleet
P.O. Box 9001015
Louisville, KY 40290-1015

Snap Set Web Drying System, LLC
1997 S. Lipan St.
Denver, CO 80223

Speedpro Imaging, LLC
145 Hamilton Industrial Court
Wentzville, MO 63385

State Disbursement Unit
P.O. Box 5400
Carol Stream, IL 60197-5400

Stevens Heating & Cooling, LLC
471 Adams St.
Centralia, MO 65240

Stoddard Disposal Service
P.O. Box 329
Mexico, MO 65265

Suburban Industrial Packaging
1519 Tower Grove
Saint Louis, MO 63110

Swift Printing
P.O. Box 28252
Saint Louis, MO 63132-0252

Tennessee Department of Revenue
P.O. Box 14035
Knoxville, TN 37914

Thomas Motors
204 N 5th St.
Louisiana, MO 63353

Townnenews.com
1510 4th Ave.
Moline, IL 61265

Traci Ambriso-Theissen
NEED ADDRESS

Troy Chamber of Commerce
850 E Cherry St., Ste. A
Troy, MO 63379

United States Treasury
NEEED ADDRESS

UPS
Lockbox 577
Carol Stream, IL 60132-0577

US Office & Industrial Supply
P.O. Box 7612
Van Nuys, CA 91409-7612

Valassis Direct Mail, Inc.
90469 Collections Center Dr.
Chicago, IL 60693

Vandalia Postmaster
401 S Main St.
Vandalia, MO 63382

Veritiv Operating Company
f/k/a Unisource
1111 N 28th Ave.
Dallas, TX 75261

Verizon Business
P.O. Box 31307
Salt Lake City, UT 84130

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002

Videojet Technologies
12113 Collection Center Dr.
Chicago, IL 60693

Web Specialties
P.O. Box 2280
560 Washington St.
Twin Falls, ID 83303

WebPress
P.O. Box 2274
Tacoma, WA 98401

Wells Fargo Equipment Finance
Manufacturer Services Group
P.O. Box 7777
San Francisco, CA 94120-7777

Wells Fargo Financial Services
P.O. Box 650016
Dallas, TX 75265-0016

Whittier Mailing
13019 Park St.
Santa Fe Springs, CA 90670-4005

William Henry
1 Auvergne Dr.
Lake Saint Louis, MO 63367

Wisco Envelope Co.
P.O. Box 841741
Dallas, TX 75284

XPO Logistics Freight, Inc.
P.O. Box 5160
Portland, OR 97208

ZEP Sales & Service
13237 Collection Center Dr.
Chicago, IL 60693

# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **Lakeway Publishers of Missouri, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lakeway Publishers of Missouri, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 31, 2019**

Date

**/s/ Ryan E. Jarrard**

**Ryan E. Jarrard 024525**

Signature of Attorney or Litigant

Counsel for   **Lakeway Publishers of Missouri, Inc.**

**Quist, Fitzpatrick & Jarrard, PLLC**
**2121 First Tennessee Plaza**
**800 South Gay Street**
**Knoxville, TN 37929-9711**
**(865) 524-1873 Fax:(865) 525-2440**
**rej@qcflaw.com**